IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR D. DECESARE,

    Plaintiff,

vs.                                         CASE NO.: 4:10-cv-244-SPM/WCS

STATE OF FLORIDA DEPARTMENT
OF MANAGEMENT SERVICES,

    Defendant.

_____/

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

THIS CAUSE comes before the court upon the Magistrate Judge's Reports and Recommendations (docs. 5, 7). Plaintiff has been mailed copies and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Reports and Recommendations, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Reports and Recommendations (docs. 5, 7) are *adopted* and incorporated by reference in this order.

2. The case is *dismissed*.

3. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 4) is

***denied***.

DONE AND ORDERED this <u>fourteenth</u> day of September, 2010.

     <u>*s/ Stephan P. Mickle*  </u>
     Stephan P. Mickle
     Chief United States District Judge